UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>No. 10-03547 (SCC)<br><br>**RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE** |

## AD HOC GROUP OF DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE FROM THE BANKRUPTCY COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

The Ad Hoc Group of Defendants (the "Defendant Group"), by and through their undersigned attorneys, respectfully move the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, withdrawing the reference to the Bankruptcy Court of the adversary proceeding captioned *Lehman Brothers Special Financing Inc. v. Bank of America National Association, et al.*, Case No. 10-03547, for the reasons set forth in the accompanying Memorandum of Law in Support of Ad Hoc Group of Defendants' Motion

to Withdraw the Reference From the Bankruptcy Court, with a supporting declaration, which are incorporated herein by reference.

The Defendant Group has made no prior request to any court for the relief requested by this Motion.  The Defendant Group submits this Motion without waiving, and expressly preserving, all claims and defenses, including but not limited to defenses based on lack of personal jurisdiction.

WHEREFORE, the Defendant Group respectfully requests that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:  New York, New York                    Respectfully submitted,
        December 17, 2014

## NOTEHOLDER DEFENDANTS

| ALLEN & OVERY LLP | BALLARD SPAHR LLP |
|---|---|
| /s/ Andrew Rhys Davies<br>Andrew Rhys Davies<br>Andrew.rhys.davies@allenovery.com<br>Justin L. Ormand<br>Justin.ormand@allenovery.com<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212-610-6300 (phone)<br><br>*Attorneys for HSBC Issuer Services Common Depository (UK) Limited* | /s/ Jon T. Pearson<br>Jon T. Pearson<br>pearsonj@ballardspahr.com<br>Bill Slaughter<br>slaughter@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>215-665-8500 (phone)<br>215-864-8999 (fax)<br><br>*Attorneys for First Northern Bank & Trust Co.* |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ Jeffrey A. Rosenthal<br>Jeffrey A. Rosenthal<br>jrosenthal@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000 (phone)<br>212-225-3999 (fax)<br><br>*Attorneys for Merrill Lynch, Pierce, Fenner & Smith Inc.* | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ Lewis J. Liman<br>Lewis J. Liman<br>lliman@cgsh.com<br>Matthew Gurgel<br>mgurgel@cgsh.com<br>Sara Milstein<br>smilstein@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000 (phone)<br>212-225-3999 (fax)<br><br>*Attorneys for ANZ Nominees Limited and Morgan Financial Limited (f/k/a RBS Morgans Limited)* |
| CRAVATH, SWAINE & MOORE LLP<br><br>/s/ Michael A. Paskin<br>Richard W. Clary<br>rclary@cravath.com<br>Richard Levin<br>rlevin@cravath.com<br>Michael A. Paskin<br>mpaskin@cravath.com<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>212-474-1000 (phone)<br>212-474-3700 (fax)<br><br>*Attorneys for Credit Suisse Securities (USA) LLC* | DEBEVOISE & PLIMPTON LLP<br><br>/s/ Shannon Rose Seldon<br>Christopher K. Tahbaz<br>cktahbaz@debevoise.com<br>Shannon Rose Seldon<br>srseldon@debevoise.com<br>Zheng Wang<br>zwang@debevoise.com<br>919 Third Ave.<br>New York, NY 10022<br>212-909-6000 (phone)<br>212-909-6836 (fax)<br><br>DEBEVOISE & PLIMPTON<br>Corey Whiting<br>cswhiting@debevoise.com<br>21/F AIA Central<br>1 Connaught Road Central<br>Hong Kong<br>+852 2160 9800 (phone)<br>+852 2810 9828 (fax)<br><br>*Attorneys for AIA International Ltd.* |

| | |
|---|---|
| DLA PIPER LLP<br><br>/s/ Daniel Egan<br>Daniel Egan<br>daniel.egan@dlapiper.com<br>1251 Avenue of the Americas<br>New York, New York<br>10020-1104<br>United States<br>212-335-4500 (phone)<br>212-335-4501 (fax)<br><br>*Attorneys for Illinois Tool Works Inc. and Illinois Tool Works Inc. Savings and Investment Plan* | DRINKER BIDDLE & REATH LLP<br><br>/s/ James Millar<br>James Millar<br>james.millar@dbr.com<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>212-248-3140 (phone)<br>212-248-3141 (fax)<br><br>*Attorneys for Union Investment Institutional GmbH* |
| FRESHFIELDS BRUCKHAUS DERINGER LLP<br><br>/s/ Timothy P. Harkness<br>Timothy P. Harkness<br>timothy.harkness@freshfields.com<br>David Y. Livshiz<br>david.livshiz@freshfields.com<br>Peter Jaffe<br>peter.jaffe@freshfields.com<br>601 Lexington Ave., 31st Floor<br>New York, NY 10022<br>212-277-4000 (phone)<br>212-277-4001 (fax)<br><br>*Attorneys for Rothschild Bank International, Ltd. and Shield Securities Limited* | FROST BROWN TODD LLC<br><br>/s/ Nelson Alexander<br>Nelson Alexander<br>nalexander@fbtlaw.com<br>201 North Illinois Street<br>Suite 1900<br>Indianapolis, IN 46204<br>317-237-3800 (phone)<br>317-237-3900 (fax)<br><br>Lindsey Baker<br>lbaker@fbtlaw.com<br>Ronald Eric Gold<br>rgold@fbtlaw.com<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH  45202<br>513-651-6800 (phone)<br>513-651-6981 (fax)<br><br>*Attorneys for Ohio Public Employee Retirement System* |

| | |
|---|---|
| GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.<br><br>/s/ Phillip Bohl, Esq.<br>Phillip Bohl, Esq.<br>phillip.bohl@gpmlaw.com<br>Brian A. Dillon, Esq.<br>brian.dillon@gpmlaw.com<br>500 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota 55402<br>612-632-3000 (phone)<br>612-632-4444 (fax)<br><br>*Attorneys for MoneyGram Securities LLC, and its successors in interest* | HOGAN LOVELLS US LLP<br><br>/s/ Scott Reynolds, Esq.<br>Scott Reynolds, Esq.<br>scott.reynolds@hoganlovells.com<br>Peter Ivanick, Esq.<br>peter.ivanick@hoganlovells.com<br>Daniel Lanigan, Esq.<br>daniel.lanigan@hoganlovells.com<br>875 Third Avenue<br>New York, NY 10022<br>212-918-3000 (phone)<br>212-918-3100 (fax)<br><br>*Attorneys for SCOR Reinsurance Co., General Security National Insurance Co. and Natixis Financial Products LLC* |
| HUNTON & WILLIAMS LLP<br><br>/s/ Joseph J. Saltarelli<br>Joseph J. Saltarelli<br>jsaltarelli@hunton.com<br>200 Park Avenue<br>New York, NY 10166<br>212-309-1091 (phone)<br>212-309-1100 (fax)<br><br>Shannon E. Daily<br>sdaily@hunton.com<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>804-788-8200 (phone)<br>807-788-8218 (fax)<br><br>*Attorneys for Shenandoah Life Insurance Co.* | JACKSON WALKER LLP<br><br>/s/ Patty Tomasco<br>Patty Tomasco<br>ptomasco@jw.com<br>Emilio Nicolas<br>enicolas@jw.com<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701<br>512-236-2076 (phone)<br>512-691-4438 (fax)<br><br>*Attorneys for RGA Reinsurance Company* |

| | |
|---|---|
| K & L GATES LLP | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. |
| /s/ John A. Bicks | /s/ Matthew Gold |
| John A. Bicks | Matthew Gold |
| john.bicks@klgates.com | mgold@kkwc.com |
| Eunice R. Hudson | Marc Rosen |
| eunice.hudson@klgates.com | mrosen@kkwc.com |
| Brian D. Koosed | 551 Fifth Avenue, 18th Floor |
| brian.koosed@klgates.com | New York, NY 10176 |
| 599 Lexington Avenue | 212-880-9827 (phone) |
| New York, NY 10022-6030 | 212-986-8866 (fax) |
| 212-536-3900 (phone) | |
| 212-536-3901 (fax) | *Attorneys for Elliott International, L.P. and* |
| | *The Liverpool Limited Partnership* |
| *Attorneys for Nonghyup Bank and Shinhan* | |
| *Bank* | |
| MAYER BROWN LLP | MCCARTER & ENGLISH, LLP |
| /s/ Steven Wolowitz | /s/ David Adler |
| Steven Wolowitz | David Adler |
| swolowitz@mayerbrown.com | dadler@mccarter.com |
| Christopher Houpt | 245 Park Avenue |
| choupt@mayerbrown.com | New York, NY 10167 |
| Brian Trust | 212-609-6847 (phone) |
| btrust@mayerbrown.com | 212-609-6921 (fax) |
| 1675 Broadway | |
| New York, NY 10019 | Katharine Mayer |
| 212-506-2500 (phone) | McCarter & English, LLP |
| 212-849-5830 (fax) | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| *Attorneys for Société Générale Investment* | Wilmington, DE 19801 |
| *Corporation* | 302-984-6312 (phone) |
| | 302-984-2494 (fax) |
| | |
| | *Attorneys for Security Benefit Life Insurance* |
| | *Co.* |

| | |
|---|---|
| McDermott Will & Emery LLP<br><br>/s/ Andrew B. Kratenstein<br>Andrew B. Kratenstein<br>akratenstein@mwe.com<br>Sandra B. Saunders<br>ssaunders@mwe.com<br>340 Madison Avenue<br>New York, NY 10173<br>212-547-5400 (phone)<br>212-547-5444 (fax)<br><br>*Attorneys for Cannington Funding Ltd.* | Morgan, Lewis & Bockius LLP<br><br>/s/ Joshua Dorchak<br>Joshua Dorchak<br>joshua.dorchak@morganlewis.com<br>399 Park Avenue<br>New York, NY 10022<br>212-705-7784 (phone)<br>212-702-3667 (fax)<br><br>*Attorneys for Continental Insurance Co. of Brentwood Tennessee, Marsh & McLennan Master Retirement Trust, Marsh & McLennan Companies, Inc. Stock Investment Plan, Modern Woodmen of America, Inc., PHL Variable Insurance Co., Phoenix Life Insurance Co., Putnam Dynamic Asset Allocation Funds – Growth Portfolio, Putnam Intermediate Domestic Investment Grade Trust and Putnam Stable Value Fund* |
| Morgan, Lewis & Bockius LLP<br><br>/s/ John C. Goodchild, III<br>John C. Goodchild, III<br>jgoodchild@morganlewis.com<br>J. Gordon Cooney Jr. (admitted *pro hac vice*)<br>gcooney@morganlewis.com<br>Rachel Jaffe Mauceri (admitted *pro hac vice*)<br>rmauceri@morganlewis.com<br>Ezra D. Church<br>echurch@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA 19103<br>215-963-5000 (phone)<br>215-963-5001 (fax)<br><br>*Attorneys for Country Life Insurance Co., The Lincoln National Life Insurance Co., Susquehanna Bank, and SBSI, Inc.* | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>/s/ Claudia L. Hammerman<br>Claudia L. Hammerman<br>chammerman@paulweiss.com<br>Stephen J. Shimshak<br>sshimshak@paulweiss.com<br>Liza M. Velazquez<br>lvelazquez@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3133 (phone)<br>212-757-3990 (fax)<br><br>*Attorneys for Citigroup Global Markets Inc. and Citicorp Nominees Pty Ltd.* |

| | |
|---|---|
| SIDLEY AUSTIN LLP<br><br>/s/ Alex R. Rovira<br>Alex R. Rovira<br>arovira@sidley.com<br>Alex J. Kaplan<br>akaplan@sidley.com<br>Nicholas Crowell<br>ncrowell@sidley.com<br>Andrew Propps<br>apropps@sidley.com<br>787 Seventh Ave.<br>New York, NY 10019<br>212-839-5300 (phone)<br>212-839-5699 (fax)<br><br>*Attorneys for Genworth Life & Annuity Insurance Co., Macquarie Bank Ltd, Macquarie Prism Pty Ltd, Magnetar Constellation Master Fund, Ltd, Magnetar Constellation Master Fund II, Ltd, Magnetar Constellation Master Fund III, Ltd and UniCredit Bank, AG (London Branch)* | SIDLEY AUSTIN LLP<br><br>/s/ Bryan Krakauer<br>Bryan Krakauer<br>bkrakauer@sidley.com<br>Mark Blocker<br>mblocker@sidley.com<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000 (phone)<br>312-853-7036 (fax)<br><br>*Attorneys for Principal Life Insurance Co.* |
| STROOCK & STROOCK & LAVAN LLP<br><br>/s/ Claude Szyfer<br>Claude Szyfer<br>cszyfer@stroock.com<br>Mark Speiser<br>mspeiser@stroock.com<br>Sherry Millman<br>smillman@stroock.com<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400 (phone)<br>212-806-6006 (fax)<br><br>*Attorneys for Mizuho International PLC and Structured Credit America Ltd.* | VENABLE LLP<br><br>/s/ Edward Smith<br>Edward Smith<br>easmith@venable.com<br>David N. Cinotti<br>dncinotti@venable.com<br>Rishi Kapoor<br>rkapoor@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br>212-307-5500 (phone)<br>212-307-5598 (fax)<br><br>*Attorneys for Garadex Inc., Gatex Properties Inc. and Morgan Stanley & Co. Incorp. n/k/a Morgan Stanley & Co. LLC* |

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Ian Boczko
Ian Boczko
IBoczko@wlrk.com
51 West 52nd Street
New York, NY 10019-6150
212-403-1000 (phone)
212-403-2000 (fax)

*Attorneys for JP Morgan Chase Bank, NA and
JP Morgan Securities, PLC*

TRUSTEE DEFENDANTS

| | |
|---|---|
| ALSTON & BIRD LLP<br><br>/s/ John C. Weitnauer<br>John C. Weitnauer<br>kit.weitnauer@alston.com<br>Michael E. Johnson<br>michael.johnson@alston.com<br>90 Park Ave.<br>New York, NY 10016<br>212-210-9584 (phone)<br>212-210-9444 (fax)<br><br>MUNGER TOLLES & OLSON<br><br>/s/ Marc Dworsky<br>Marc Dworsky<br>marc.dworsky@mto.com<br>Todd Rosen<br>todd.rosen@mto.com<br>Gregory Phillips<br>gregory.phillips@mto.com<br>Munger Tolles & Olson<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071<br>213-683-9100 (phone)<br>213-683-5156 (fax)<br><br>*Attorneys for Bank of America National Association* | NIXON PEABODY LLP<br><br>/s/ Christopher M. Desiderio<br>Christopher M. Desiderio<br>cdesiderio@nixonpeabody.com<br>Amanda D. Darwin<br>adarwin@nixonpeabody.com<br>Richard C. Pedone<br>rpedone@nixonpeabody.com<br>437 Madison Avenue<br>New York, New York 10022<br>212-940-3000 (phone)<br>212-940-3111 (fax)<br><br>*Attorneys for Deutsche Bank Trust Co.<br>Americas, as Indenture Trustee* |

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | REED SMITH LLP |
|---|---|
| /s/ Stephen J. Shimshak<br>Stephen J. Shimshak<br>sshimshak@paulweiss.com<br>Liza Velazquez<br>Lvelazquez@paulweiss.com<br>Claudia Hammerman<br>chammerman@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3133 (phone)<br>212-757-3990 (fax)<br><br>*Attorneys for Citibank, N.A. as Trustee* | /s/ Eric Schaffer<br>Eric Schaffer<br>eschaffer@reedsmith.com<br>225 Fifth Ave.<br>Pittsburgh, PA 15222<br>412-288-3131 (phone)<br>412-288-3063 (fax)<br><br>*Attorneys for Bank of New York and Bank of New York Corporate Trustee Services Ltd* |