UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

In re:

   LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                     Debtors.

------------------------------------------------------------------ X

LEHMAN BROTHERS SPECIAL FINANCING INC.,

                     Plaintiff,

       v.

BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*,

                     Defendants.

------------------------------------------------------------------ X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: June 1, 2015 |

14 Civ. 10070
(KPF)

<u>ORDER</u>

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to participate in a telephone conference for a decision on the pending motion to withdraw the bankruptcy reference on **June 5, 2015 at 4:00 p.m.**  The law firm of Sidley Austin LLP is directed to provide conference call dial-in information to participants.

      SO ORDERED.

Dated:    June 1, 2015
             New York, New York

                                            KATHERINE POLK FAILLA
                                        United States District Judge