```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                      14 CIVIL 10070 (KPF)

LEHMAN BROTHERS HOLDINGS INC., et al.,
-------------------------------------------------------------X   **JUDGMENT**
LEHMAN BROTHERS SPECIAL FINANCING
INC.
                    Plaintiff,

              -v-

BANK OF AMERICA NATIONAL
ASSOCIATION, et al.,
                    Defendants.
----------------------------------------------------------- -X

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Katherine P. Failla, United States District Judge, and the Court, on June 5, 2015, having rendered its Order that for the reasons set forth in the oral decision rendered, telephonically on June 5, 2015, denying Defendants' motion to withdraw the bankruptcy reference, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June, 2015, Defendants' motion to withdraw the bankruptcy reference is denied and the case is closed..

**Dated:** New York, New York
         June 11, 2015

                                                                        RUBY J. KRAJICK
                                                                _____
                                                                           Clerk of Court
                                                          BY:
                                                                _____
                                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____